FILED

07/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0124

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0124

_____

CRAIG BAUGH,

      Plaintiff and Appellee,

    v.

H2S2, LLC, a Montana Limited Liability
Company,,

      Defendant and Appellant.

O R D E R

_____

    Pursuant to Appellant's motion for extension of time to file its reply brief and good cause appearing,

    IT IS HEREBY ORDERED that Appellant has until August 14, 2023, to file its reply brief.

    No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 9 2023